Joseph V. Womack
**Waller & Womack, P.C.**
303 North Broadway, Ste 805
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In Re:

**Rebecca Ann Narmore**                  Case No.  19-60020-7

        Debtor(s)

## APPLICATION TO APPROVE EMPLOYMENT OF PROFESSIONAL & AFFIDAVIT

The application of Trustee, **Joseph V. Womack**, respectfully represents:

1.      On the 19th day of April, 2019, Debtor(s) filed a petition under Chapter 7 of the Bankruptcy Code.

2.      Trustee wishes to employ **Grant A. Wright**, ("Professional") in the capacity of an attorney for the estate in representing the estate in pursuing its claim in the lawsuit of *Rebecca Narmore v. Auto-Owners Insurance Company* filed in the Circuit Court of Colber County, Alabama, Case No. 2018-900200 JMH. In that case Ms. Narmore is alleging that her insurance company, Auto-Owners Insurance Company, wrongfully failed to pay for water damage to her former law office in Tuscumbia, Alabama and she seeks damages for the same.

3.      Trustee has selected Professional for the following reasons:

i.      Professional is licensed as an attorney in the State of Alabama and is familiar with and competent to handle these types of cases.

ii.    Professional was previously hired by the Debtor on a contingency basis to handle this claim and is thoroughly familiar with the facts of the case. Professional has agreed to continue representing the estate in pursuing the claim on a contingency basis. Debtor does not owe the Professional for any services rendered to date and he is not a creditor of the estate.

4.    The professional services that Professional is to render include:  Pursuing litigation of the claim and advising Trustee of the best course of action, including participated in mediation and all other aspects of the litigation.

5.    To the best of Applicant's knowledge, Professional has no undisclosed connection with the creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and is a "disinterested person", as defined in **11 U.S.C. §101(14)** except Professional was previously employed by Debtor to pursue this case on the same terms as he has agreed to represent the estate. Applicant is unaware of this relationship affecting this case and believes that Professional's prior involvement is in the best interest of the estate as he can move forward with the case without further delay or additional expense.

6.    The terms of employment of Professional agreed to by the Trustee, subject to the approval of the Court are:  One-third of any gross recovery. If there is no recovery Professional will receive no compensation for his services. In addition, compensation for costs incurred, as necessary, including copy costs, will be asked for.  A retainer of $0.00 has been paid to said professional.

7.    Professional represents no interest adverse to Trustee or the estate in the matters upon which Professional is to be engaged, and Professional's employment would be in the best interest of this estate.

**WHEREFORE**, Trustee prays that the Court approve Professional's employment under the terms specified herein.

**DATED** this 25th day of April, 2019.

WALLER & WOMACK, P.C.

By: /s/ Joseph V. Womack
        Joseph V. Womack
        Ch. 7 Bankruptcy Trustee

**AFFIDAVIT**

STATE OF ALABAMA     )
                             : ss.

County of Colbert     )

    **Grant A. Wright**, being duly sworn upon \*\*his/her\*\* oath, deposes and states;

1.      I am an attorney practicing in Colber County, Alabama.

2.      I have no undisclosed connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and we are "disinterested persons" as defined in **11 U.S.C. §101(14)**, except that I was previously employed by Debtor to represent her on a contingency basis in the lawsuit described in the application.  I am unaware of any such relationships affecting this case.

3.      I represent no interest adverse to the Debtor or the estate in the matters upon which I am to be engaged.

4.      I have received a general retainer in the amount of $0.00, which shall not be used to pay compensation or for reimbursement of my expenses without prior approval of this Court.

                                         **Grant A. Wright**

                                       By: /s/ _____

                                             Grant A. Wright

**SUBSCRIBED AND SWORN TO** before me this 26th day of April, 2019.

                              /s/ _____
                              Print  Misty Donaldson
                              Notary Public for the State of Alabama
                              Residing at  Colbert
                              My Commission Expires  6-22-22