Joseph V. Womack
**Waller & Womack, P.C.**
303 North Broadway, Ste 805
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| In Re: | |
|---|---|
| **REBECCA ANN NARMORE** | Case No.  19-60020-7 |
| Debtor(s) | |

### MOTION TO SHORTEN NOTICE

**TO:** THE HONORABLE BENJAMIN P. HURSH

**COMES NOW**, Joseph V. Womack, the duly qualified and appointed Trustee of the Bankruptcy Estate of the above-captioned Debtors, and hereby moves this Court for its Order to shorten the length of the notice period for the Motion to Sell Free and Clear filed April 30, 2019 from fourteen (14) days to seven (7) days.  This is for the reason that the current Real Estate Sales Contract requires a closing to occur on May 24, 2019. Since the sale is contingent upon approval of the sale by the Court and the running of a fourteen (14) day appeal period after entry of the order approving the sale, Trustee is requesting the length of the notice be for seven (7) days.

**WHEREFORE,** the Trustee moves that the Notice of Sale period be shortened from fourteen (14) days to seven (7) days.

**DATED** this 30th day of April, 2019.

                                                    **WALLER & WOMACK, P.C.**

                                         By: /s/ Joseph V. Womack
                                                Joseph V. Womack
                                                Attorney for Trustee

### CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on April 30, 2019, or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

**Debtor:**

REBECCA ANN NARMORE
PO BOX 1203
RED LODGE, MT 59068

**Interested Parties:**

Creditor Mailing Matrix

                                         By: /s/ Mikailla Widdicombe
                                                Mikailla Widdicombe
                                                Legal Asst. to Trustee